IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LISA CARROLL ROGERS,<br><br>      Plaintiff,<br>v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION,<br><br>      Defendant. | Case No.: 3:23-cv-01550-AN<br><br><br>JUDGMENT |

      Pursuant to the parties' Stipulated Application for Fees, ECF [13], it is hereby ORDERED that attorney fees in the amount of $2,592.96 are awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.  The award will be paid to plaintiff's attorney, dependent upon verification that plaintiff has no debt which qualifies for offset against the award, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

      If plaintiff has no such debt, then the award shall be made by check or electronic funds payable and sent via electronic transfer or mailed to plaintiff's attorney as follows: Kevin Kerr, KERR ROBICHAUX & CARROLL, P.O. Box 14490, Portland, Oregon 97293.  If plaintiff has such debt, then the check for any remaining funds after offset shall be made out to plaintiff and mailed to plaintiff's attorney's office at the address stated above.

IT IS SO ORDERED.

      DATED this 23rd day of August, 2024.

                                                              */s/ Adrienne Nelson*
                                                              Adrienne Nelson
                                                              United States District Judge